Mark E. Andrews (TX Bar No. 01253520)
Jeffrey R. Fine (TX Bar No. 07008410)
Aaron M. Kaufman (TX Bar No. 24060067)
Jane Gerber (TX Bar No. 24092416)
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, TX 75201
Phone: (214) 462-6400
Fax: (214) 462-6401
Email: mandrews@dykema.com
Email: jfine@dykema.com
Email: akaufman@dykema.com
Email: jgerber@dykema.com

**PROPOSED COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | **CHAPTER 11 CASE** |
| | § | |
| **FC BACKGROUND, LLC, d/b/a FC** | § | **CASE NO. 19-32037-sgj-11** |
| **CONSTRUCTION SERVICES,** | § | |
| | § | |
| Debtor. | § | |
| | § | |

**Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement" and collectively with the Schedules, the "Schedules and Statement") of FC Background, LLC, d/b/a FC Construction Services, (the "Debtor"), as debtor and debtor-in-possession, in this Chapter 11 case, have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor. Such preparation has been completed with the assistance of counsel, and without auditing such financial information.

While management has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statement, and inadvertent errors or omissions may exist. Moreover, because the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statement are complete. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 11 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the bankruptcy code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

## Description of Cases and Information Dates

On June 19, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"). The Debtor remains in possession of its property and is managing its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy code. No trustee has been appointed and no official committee has been established in this case. The information provided herein, except as otherwise noted, generally represents the asset and liability data of the Debtor as of the Petition Date.

## Amendment

While reasonable efforts were made to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules and Statement as is necessary and appropriate.

## Causes of Action

The Debtor, despite efforts, may not have set forth all of its causes of action against third parties as assets in its Schedules and Statement. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

## Claims Description

By failing to designate a claim on the Schedules and Statement as "disputed," "contingent," and/or "unliquidated," the Debtor indicates no intentions for such claim to be allowed and paid pursuant to the proposed plan. The Debtor reserves the right to amend the Schedules or object to any scheduled claims if it discovers reasons to dispute any claims.[1] Moreover, these Schedules shall not be construed as an admission by the Debtor in the event that a creditor files a proof of claim. The Debtor expressly reserves the right to object to any filed claims.

## Contracts and Leases

Schedules D and G of the Debtor's Schedules includes all known contracts and/or leases with the Debtor, including various capitalized leases for equipment. The inclusion of the agreements in Schedule D and/or Schedule G is made without a determination by the Debtor of the extent to which such agreements are binding, enforceable or constitute secured financing, an "executory contract" or an "unexpired lease" as such terms are used in section 365 of the Bankruptcy Code. The inclusion of an agreement on the Debtor's Schedules is made out of an abundance of caution and to ensure notice of these bankruptcy cases to such counterparties.

---

[1] If it becomes necessary to amend the Schedules for such purposes, the Debtor will agree to an extension of the claims bar date for the affected creditors. Presently, the Court has designated October 23, 2019, as the general claims bar date for non-government agency creditors.

## Basis of Presentation

These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

## Current Market Value of Assets

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the book values are reflected on the Debtor's Schedules and Statement for assets. For this reason, the amount ultimately realized from assets may vary from book value and such variance may be material. Exceptions to this include operating cash and certain other assets. Account balances are presented as the book balances as of May 31, 2019 (the month-end prior to the Petition Date) and June 19, 2019 (Petition Date), as available to the Debtor. Fixed assets are presented as of December 31, 2018.

## Excluded Assets and Liabilities

The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statement such as any good will, employee benefit accruals, and deferred assets, losses and gains. Other nonmaterial assets and liabilities may also have been excluded. Additionally, the Schedules include claims that existed as of the Petition Date, even though the Debtor has obtained authority to pay certain tax, priority and critical vendor claims prior to the filing of the Schedules.

## General Reservation of Rights

The Debtor specifically reserves the rights to amend, modify, supply, correct, change or alter any part of its Schedules and Statement as and to the extent necessary and appropriate.

**Fill in this information to identify the case:**

Debtor name    **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-32037-sgj-11**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................   $      0.00

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................................   $      9,126,785.51

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................   $      9,126,785.51

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      7,258,171.99

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $      145,732.79

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$      2,588,561.31

4.   **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b      $      9,992,466.09

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-32037-sgj-11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$520.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Bank** | **Checking** | **6533** | **$209,407.18** |
| 3.2. | **Comerica Bank** | **Checking** | **6525** | **$0.01** |
| 3.3. | **Chase** | **Checking** | **8044** | **Unknown** |
| 3.4. | **Chase** | **Checking** | **5579** | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$209,927.19** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number *(if known)* **19-32037-sgj-11** |
|---|---|---|
| | Name | |

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Rent Deposit on Dallas Facility (to Pollock Realty)** | $3,200.00 |
| 7.2. | **Rent Deposit for Fort Worth Facility (to North Side Realty)** | $2,446.98 |
| 7.3. | **Rent Deposit for Irving Facility (to Imperial Airport)** | $1,540.00 |
| 7.4. | **Rent Deposit for Houston Facility (to CPZ Northway)** | $2,563.03 |
| 7.5. | **Rent Deposit for Miami Facility (to EasternUnion)** | $6,500.00 |
| 7.6. | **Rent Deposit for Campbell Center Office (to Campbell Centre)** | $22,246.75 |
| 7.7. | **Rent Deposit for Miami Facility (to Shather & Associates)** | $4,700.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **1st and last months rent for Florida FCB Express** | $14,477.53 |
| 8.2. | **1st months rent for Miami Office** | $7,244.33 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $64,918.62 |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **FC Background, LLC d/b/a FC Construction Services**        Case number *(If known)* **19-32037-sgj-11**
<u>Name</u>

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **1,325,911.54** | - | **0.00** = .... | **$1,325,911.54** |
| | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **335,207.94** | - | **0.00** = .... | **$335,207.94** |
| | face amount | | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$1,661,119.48** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw materials located at Venture Resources in Plano, TX, specifically components of the restricted access control portals** | | **Unknown** | accural | **Unknown** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Finished goods located at Venture Resources in Plano, TX, including restricted access control portals** | | **Unknown** | accural | **Unknown** |
| 22. | **Other inventory or supplies** **See Exhibit A-22 for details** | **2-28-2019** | **$0.00** | accural | **$164,208.00** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$164,208.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|
| | ■ No |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number *(If known)* **19-32037-sgj-11** |
| --- | --- | --- |
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0.00    Valuation method **accural basis at cost** _____    Current Value _____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** See Exhibit A-39/41 for details | **Unknown** | accural | **$65,950.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment - See Exhibit A-39/41 for details | **$205,588.64** | accural | **$205,588.64** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| **$271,538.64** |
| --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes    See Exhibit A-39/41 for details

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **FC Background, LLC d/b/a FC Construction Services**   Case number *(If known)* **19-32037-sgj-11**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**ACS Equipment - See Exhibit A-39/41 for details** | $4,731,728.10 | accural | $4,731,728.10 |

51. **Total of Part 8.**

$4,731,728.10

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.fc-cs.com and certain proprietary trade secrets** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**proprietary software** | $2,023,345.48 | accural | $2,023,345.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **FC Background, LLC d/b/a FC Construction Services**          Case number *(if known)* **19-32037-sgj-11**
_____
Name

65. **Goodwill**

66. **Total of Part 10.**                                                                                     | **$2,023,345.48** |

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **State court lawsuit - FC Background, LLC v. First Mercury Insurance Company, et al., Cause No. DC-18-05257-D**                                    **Unknown**
    _____
    Nature of claim          **Breach of Contract, Denial of Claims**
    _____
    Amount requested          **$1,000,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                     | **$0.00** |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **FC Background, LLC d/b/a FC Construction Services**      Case number *(If known)* **19-32037-sgj-11**
     Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $209,927.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $64,918.62 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,661,119.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $164,208.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $271,538.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,731,728.10 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,023,345.48 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,126,785.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,126,785.51 |

# EXHIBIT "A-22"

# Other Inventory

**EG Background, LLC**

# Balance Sheet
### As of March 31, 2019

|  | Feb 28, 19 |
|---|---:|
| **1200 · Inventory** | |
| **Inventory - RFID Badges** | 5,630 |
| **1210 · Inventory - eCups** | 229 |
| **1215 · Inventory - Film** | 27,705 |
| **1216 · Inventory - Badge Clips** | 1,244 |
| **1217 · Inventory - Badge Holder** | 3,688 |
| **1220 · Inventory - mCups** | 19,210 |
| **1240 · Inventory - OED Saliva Alcohol** | 15 |
| **1250 · Inventory - 10 Panel devices** | 8,062 |
| **1260 · Inventory - ID Cards** | 27,777 |
| **1261 · Inventory - MIFI Device** | 37,743 |
| **1262 · Inventory - BPS Components** | 32,905 |
| **Total 1200 · Inventory** | 164,208 |

# EXHIBIT "A-39/41"

# Fixed Assets

**FC Background, LLC**
**Balance Sheet**
As of December 31, 2018

**FC Background, LLC**
**Fixed Assets**
**5/31/19**

**Fixed Assets**

| | | |
|---|---|---|
| **1400 · Property and Equipment, at cost** | | |
| 1410 · Computers | 368,778 | Located primarily at 8350 N. Central Expressway, Suite 300, Dallas, Texas 75206, and also at our leased locations |
| 1411 · Equipment - RFID Reader/Portal/Turnstiles | 5,318,531 | Located primarily at clients' construction project sites througout the U.S. |
| 1412 · Software - Purchased | 73,879 | Located primarily at 8350 N. Central Expressway, Suite 300, Dallas, Texas 75206, and also at our leased locations |
| 1416 · Mobil Testing Kits -- Active | 7,920 | Located primarily at 8350 N. Central Expressway, Suite 300, Dallas, Texas 75206, and also at our leased locations |
| 1420 · Equipment | 732,875 | Located primarily at clients' construction project sites througout the U.S. |
| 1430 · Office Furniture & Fixtures | 164,567 | Located primarily at 8350 N. Central Expressway, Suite 300, Dallas, Texas 75206, and also at our leased locations |
| 1440 · Leasehold Improvements | 67,114 | Located primarily at 8350 N. Central Expressway, Suite 300, Dallas, Texas 75206, and also at our leased locations |
| 1443 · Software Development | 3,516,523 | Intangible (primarily capitalized internal salaries and external consulting fees) |
| **Total 1400 · Property and Equipment, at cost** | 10,250,187 | |
| **1450 · Accumulated Depreciation** | | |
| 1415 · Accum Depreciation - Computers | (291,496) | |
| 1417 · Accum Depreciation - Software Purchased | (64,034) | |
| 1421 · Accum Deprec - Mobile Screening | (296,613) | |
| 1425 · Accum Depreciation - Equipment | (1,333,706) | |
| 1435 · Accum Deprec - Ofc Furn & Fixtures | (98,617) | |
| 1445 · Accum Deprec - Leasehold Improvements | (14,768) | |
| 1447 · Accumulated Deprec - Software Development | (1,249,741) | |
| 1450 · Accumulated Depreciation - Other | (11,028) | |
| **Total 1450 · Accumulated Depreciation** | (3,360,003) | |
| **Net Fixed Assets** | 6,890,184 | |

**Fill in this information to identify the case:**

Debtor name    **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-32037-sgj-11**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**    **CA Dept of Tax & Fee Administration** <br> Creditor's Name | Describe debtor's property that is subject to a lien | $38,705.02 | Unknown |
| **Account Info Group MIC:29** <br> **P.O. Box 942879** <br> **Sacramento, CA** <br> **94279-0029** <br> Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No <br> ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** <br> **4479** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2**    **Comptroller of Maryland** <br> Creditor's Name | Describe debtor's property that is subject to a lien | $10,172.51 | Unknown |
| **Revenue Administration Division** <br> **110 Carroll St.** <br> **Annapolis, MD 21411-0001** <br> Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No <br> ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Delaware Division of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name
**Attn: Zillah Frampton
820 N. French St., 8th Fl.
Wilmington, DE 19801**
Creditor's mailing address

Describe debtor's property that is subject to a lien | $869.72 | Unknown

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Florida Dept of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name
**5050 W Tennessee Street
Tallahassee, FL 32399-0120**
Creditor's mailing address

Describe debtor's property that is subject to a lien | $13,004.19 | Unknown

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Georgia Department of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name
**P.O. Box 105408
Atlanta, GA 30348-5408**
Creditor's mailing address

Describe debtor's property that is subject to a lien | $4,435.91 | Unknown

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Gulf Coast Bank and Trust Company, N.A.** | Describe debtor's property that is subject to a lien | **$2,072,038.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**as Successor in Interest to Capital Springs**
**1825 Veterans Blvd.**
**Metairie, LA 70005**
Creditor's mailing address

**All of the Debtor's assets, all cash, cash equivalents, accounts and other proceeds of such collateral.**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/30/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Gulf Coast Bank and Trust Company, N.A.** | Describe debtor's property that is subject to a lien | **$1,581,012.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**as Successor in Interest to Capital Springs**
**1825 Veterans Blvd.**
**Metairie, LA 70005**
Creditor's mailing address

**All of the Debtor's assets, all cash, cash equivalents, accounts and other proceeds of such collateral.**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/23/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Harris County Tax Assessor- Collector** | Describe debtor's property that is subject to a lien | $616.14 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Ann Harris Bennett
P.O Box 4622
Houston, TX 77210-4622**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number
9969**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Hitachi Capital America** | Describe debtor's property that is subject to a lien | $137,633.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment described in applicable loan or lease agreements.**

**7808 Creekridge Cir., #250
Minneapolis, MN 55439**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/22/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **IBM Credit** | Describe debtor's property that is subject to a lien | $301,816.00 | $144,000.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment described in applicable loan or lease agreements.**

**7100 Highland Pkwy.
Smyrna, GA 30082**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **FC Background, LLC d/b/a FC Construction Services**     Case number (if know)    **19-32037-sgj-11**
<br>_____    _____
<br>Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____<br>Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **6/22/2018** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ■ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| **2.1<br>1** | **Illinois Department of<br>Revenue**<br>_____<br>Creditor's Name | Describe debtor's property that is subject to a lien | $14,133.21     Unknown |
| | **P.O. Box 19013<br>Springfield, IL 62794-9013**<br>_____<br>Creditor's mailing address | _____<br>**Describe the lien** | |
| | | _____ | |
| | | **Is the creditor an insider or related party?** | |
| | _____<br>Creditor's email address, if known | ■ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.1<br>2** | **Internal Revenue Service**<br>_____<br>Creditor's Name | Describe debtor's property that is subject to a lien | $2,125,000.00     Unknown |
| | **James H. Seveney<br>4050 Alpha Rd.<br>M/C 5105 NDAL<br>Farmers Branch, TX<br>75244-4201**<br>_____<br>Creditor's mailing address | _____<br>**Describe the lien** | |
| | | _____ | |
| | | **Is the creditor an insider or related party?** | |
| | _____<br>Creditor's email address, if known | ■ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number**<br>**1864** | | |
| | **Do multiple creditors have an<br>interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FC Background, LLC d/b/a FC Construction Services | Case number (if know) | 19-32037-sgj-11 |
|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Iowa Department of Revenue** | **Describe debtor's property that is subject to a lien** | **$18,875.67** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 10412**
**Des Moines, IA 50306-0412**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **John R. Ames, Tax Assessor-Collector** | **Describe debtor's property that is subject to a lien** | **$3,468.50** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**P O Box 139066**
**Dallas, TX 75313-9066**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Massachusetts Dept. of Revenue** | **Describe debtor's property that is subject to a lien** | **$13,690.34** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**100 Cambridge St.**
**Boston, MA 02114**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FC Background, LLC d/b/a FC Construction Services | Case number (if know) | 19-32037-sgj-11 |
|---|---|---|---|

Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **Michigan Dept. of Treasury** | Describe debtor's property that is subject to a lien | $187.65 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Office of Collections
P.O. Box 30199
Lansing, MI 48909**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **ML Factors** | Describe debtor's property that is subject to a lien | $224,425.75 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Interest in fture accoiunts.**

**456A Central Ave., #128
Cedarhurst, NY 11516**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2/4/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

---

| 2.1 8 | **Nevada Dept. of Taxation** | Describe debtor's property that is subject to a lien | $4,392.79 | Unknown |

Creditor's Name

**1550 College Pkwy., #115
Carson City, NV 89706**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
8226**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **New Jersey Division of Taxation** | Describe debtor's property that is subject to a lien | $15,117.53 | Unknown |

Creditor's Name

**Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **New York State Sales Tax Processing** | Describe debtor's property that is subject to a lien | $143,839.82 | Unknown |

Creditor's Name

**P.O. Box 15172
Albany, NY 12212-5172**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 13

Debtor  **FC Background, LLC d/b/a FC Construction Services**                Case number (if know)   **19-32037-sgj-11**
_____Name_____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **North Carolina Department of Revenue** | Describe debtor's property that is subject to a lien | $12,086.99 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **Office of Tax and Revenue** | Describe debtor's property that is subject to a lien | $3,209.10 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1101 4th St., #370
Washington, DC 20024**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **Oklahoma Tax Commission** | Describe debtor's property that is subject to a lien | $172.50 | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

---

Creditor's Name

**P.O. Box 26850**
**Oklahoma City, OK**
**73126-0850**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Pennsylvania Dept of Revenue** | **Describe debtor's property that is subject to a lien** | $10,759.76 | Unknown |

Creditor's Name

**Bureau of Business Trust**
**Fund Taxes**
**P.O. Box 280904**
**Harrisburg, PA 17128-0904**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**L01C**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **South Carolina Dept. of Revenue** | **Describe debtor's property that is subject to a lien** | $7,241.10 | Unknown |

Creditor's Name

**P.O. Box 125**
**Columbia, SC 29214-0505**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **State of Texas** | Describe debtor's property that is subject to a lien | $68,977.61 | Unknown |
|---|---|---|---|---|

Creditor's Name

**111 E. 17th Street
Austin, TX 78774-0100**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **Technology Finance** | Describe debtor's property that is subject to a lien | $84,208.00 | $36,000.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment described in applicable loan or lease agreements.**

**7077 E. Marily Rd., Bldg 3, #125
Scottsdale, AZ 85254**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/27/2017**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **Technology Finance** | Describe debtor's property that is subject to a lien | $144,625.00 | $36,000.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment described in applicable loan or lease agreements.**

**7077 E. Marily Rd., Bldg 3, #125
Scottsdale, AZ 85254**

---

Debtor    __FC Background, LLC d/b/a FC Construction Services__     Case number (if know)   __19-32037-sgj-11__
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **11/27/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.29 | **Technology Finance** | **Describe debtor's property that is subject to a lien** | $95,400.00 | $36,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment described in applicable loan or lease agreements.** | | |
| | **7077 E. Marily Rd., Bldg 3, #125** | | | |
| | **Scottsdale, AZ 85254** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2/12/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.30 | **Technology Finance** | **Describe debtor's property that is subject to a lien** | $105,228.00 | $36,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment described in applicable loan or lease agreements.** | | |
| | **7077 E. Marily Rd., Bldg 3, #125** | | | |
| | **Scottsdale, AZ 85254** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2/12/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Debtor **FC Background, LLC d/b/a FC Construction Services**
Name

Case number (if know) **19-32037-sgj-11**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Virginia Dept. of Taxation** | Describe debtor's property that is subject to a lien | $2,830.18 | Unknown |

Creditor's Name

**P.O. Box 27423
Richmond, VA 23261**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$7,258,171.99** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **19-32037-sgj-11**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,385.31 | $13,650.00 |
| **Ira D. Walker** | ☐ Contingent | | |
| **8350 N. Central Expressway, Suite 300** | ☐ Unliquidated | | |
| **Dallas, TX 75206** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,385.31 | $13,650.00 |
| **Mark Hinton** | ☐ Contingent | | |
| **8350 N. Central Expressway, Suite 300** | ☐ Unliquidated | | |
| **Dallas, TX 75206** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | ☐ Yes | | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,808.31** | **$13,650.00** |
|---|---|---|---|---|
| | **Mark Hughes** | *Check all that apply.* | | |
| | **8350 N. Central Expressway, Suite 300** | ☐ Contingent | | |
| | **Dallas, TX 75206** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,153.86** | **$13,650.00** |
|---|---|---|---|---|
| | **Taylor Mokate** | *Check all that apply.* | | |
| | **8350 N. Central Expressway, Suite 300** | ☐ Contingent | | |
| | **Dallas, TX 75206** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|
| | **1701 Analog East Ltd.** | ☐ Contingent | |
| | **c/o McNeff Companies, Inc.** | ☐ Unliquidated | |
| | **1727 Analog Dr.** | ☐ Disputed | |
| | **Richardson, TX 75081** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$895.00** |
|---|---|---|---|
| | **Access Intelligence, LLC** | ☐ Contingent | |
| | **PO Box 9187** | ☐ Unliquidated | |
| | **Gaithersburg, MD 80898-9187** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _CSEF - Bradley Taylor_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.19** |
|---|---|---|---|
| | **ADT Security Services** | ☐ Contingent | |
| | **P.O Box 371878** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7878** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Utilities_ | |
| | Last 4 digits of account number _3873_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.45 |
|---|---|---|---|
| | **ADT Security Services**<br>**P.O Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number **9517** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.63 |
|---|---|---|---|
| | **ADT Security Services**<br>**Attn: Maria Ybarra**<br>**P.O Box 371878**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number **4787** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.21 |
|---|---|---|---|
| | **ADT Security Services**<br>**P.O Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number **9754** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.83 |
|---|---|---|---|
| | **ADT Security Services**<br>**P.O Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number **0952** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.07 |
|---|---|---|---|
| | **ADT Security Services**<br>**P.O Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,081.28 |
|---|---|---|---|
| | **AFS/IBEX A division of MetaBank**<br>**PO Box 224528**<br>**Dallas, TX 75222-4528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|
| | **Airport Medical Center**<br>**3588 NW 72 Ave**<br>**Miami, FL 33122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.00 |
|---|---|---|---|

**All Clinical Labs**
**8337 Office Park Dr**
**Douglasville, GA 30134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __G01C__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,937.00 |
|---|---|---|---|

**All-Pro Construction & Commercial**
**7604 Baker Blvd**
**Richland Hills, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**Alliance Occupational Health Testing**
**Attn: James Mabe**
**2821 Lackland Rd., #202**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __1212__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,995.84 |
|---|---|---|---|

**Alpheus Data Services, LLC**
**1301 Fannin, 20th Fl.**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Utilities**

Last 4 digits of account number __2830__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,961.16 |
|---|---|---|---|

**Alvarado Mfg. Co., Inc.**
**Attn: N. Simon**
**12660 Colony St.**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,681.99 |
|---|---|---|---|

**American Driving Records Samba Safety**
**P.O. BOX 7289**
**Pasadena, CA 91109-7389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1581__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,808.00 |
|---|---|---|---|

**Kelli Anderson**
**3645 7th Ave., Unit 201**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
| | **ARC Point Labs - Anderson** | ☐ Contingent | |
| | **1704 E.Greenville Street** | ☐ Unliquidated | |
| | **Anderson, SC 29621** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,860.00** |
| | **ARCpoint Lab - Orlando** | ☐ Contingent | |
| | **Attn:John Parrish** | ☐ Unliquidated | |
| | **114 Ernestine Street** | ☐ Disputed | |
| | **Orlando, FL 32801** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,185.00** |
| | **ARCpoint Labs - San Antonio North** | ☐ Contingent | |
| | **20079 Stone Oak Pkwy, #1105-103** | ☐ Unliquidated | |
| | **San Antonio, TX 78258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,661.00** |
| | **ARCpoint Labs - San Antonio South** | ☐ Contingent | |
| | **15610 Henderson Pass #702137** | ☐ Unliquidated | |
| | **San Antonio, TX 78270** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$855.00** |
| | **ARCpoint Labs of  Altamonte Springs** | ☐ Contingent | |
| | **774 Northlake Blvd. Ste. 1008** | ☐ Unliquidated | |
| | **Altamonte Springs, FL 32701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285.00** |
| | **ArcPoint Labs of Greenville** | ☐ Contingent | |
| | **355 Woodruff Rd, Suite 403** | ☐ Unliquidated | |
| | **Greenville, SC 29607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,769.95** |
| | **Arcpoint Labs of Hickory** | ☐ Contingent | |
| | **1252 26th St SE** | ☐ Unliquidated | |
| | **Hickory, NC 28602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **C01C** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**ARCpoint Labs of North Austin**
6448 East Hwy 290, #E-105
Austin, TX 78723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **S07C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**ARCpoint Labs of Orange Park**
1560 Wells Rd., #1
Orange Park, FL 32073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|

**Arcpoint Labs of Raleigh Durham**
5322 NC Highway 55, #102
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **D01C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,630.00 |
|---|---|---|---|

**ARCpoint Labs-Charlotte**
2136 Ayrsley Town Boulevard, Suite B
Charlotte, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.00 |
|---|---|---|---|

**Arcpoint Labs/Ft. Lauderale**
5201 Raveswood Road, Suite 121
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,483.11 |
|---|---|---|---|

**ASA - North Texas Chapter**
2100 N Highway 360 - Ste 604
Grand Prairie, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ASA - North Texas Chapter**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,415.00 |
|---|---|---|---|

**Associated Builders & Contractors Inc**
4910 Dacoma St.
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number *(if known)* | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042.00** |
|---|---|---|---|

**Associated Builders and Contractors**
**ABC Florida East Coast Chapter, Inc**
**3730 Coconut Creek Pkwy, Suite 200**
**Coconut Creek, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Associated Builders and Contractors, Inc**
**Attn: Alex Witherbee**
**651 Danville Drive**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$855.00** |
|---|---|---|---|

**Association for Learning Environments**
**Headquarters Office**
**11445 E. Via Linda**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.00** |
|---|---|---|---|

**AT&T**
**PO Box 5001**
**Carol Stream, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities **

Last 4 digits of account number  **7679**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,624.39** |
|---|---|---|---|

**AT&T Mobility**
**Small Bus Key Cont Ctr**
**P O Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities **

Last 4 digits of account number  **3611**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.50** |
|---|---|---|---|

**B & B Info Search**
**Attn: Jim Bostic**
**420 Cross Creek Ct**
**Waxahachie, TX 75167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,743.85** |
|---|---|---|---|

**BarcodesInc**
**200 W Monroe, 23rd Fl.**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt **

Last 4 digits of account number  **1189**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Before You Hire, Inc.**
**2117 Simonton Rd., #101**
**Statesville, NC 28625**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.88 |
|---|---|---|---|

**Birch Communications**
**PO Box 51341**
**Los Angeles, CA 90051-5641**

Date(s) debt was incurred _

Last 4 digits of account number  **0439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,676.00 |
|---|---|---|---|

**BizFund, LLC**
**2373 McDonald Ave., 2nd Fl.**
**Brooklyn, NY 11223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,967.20 |
|---|---|---|---|

**BizSpeed, Inc**
**Attn: Doug Hollowell**
**3050 Royal Blvd South, #130**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,128.00 |
|---|---|---|---|

**Broward Health Weston/Urgent Care**
**2300 N Commerce Pkwy**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,502.00 |
|---|---|---|---|

**Bryn Mawr**
**620 W. Germantown Pike, #310**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred  **8/8/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,485.80 |
|---|---|---|---|

**Campbell Centre, LLC**
**16633 Dallas Pkwy., #350**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **FC Background, LLC d/b/a FC Construction Services**    Case number (if known) **19-32037-sgj-11**
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,204.00 |
|---|---|---|---|

**Career Pro Drug Screening**
**2838 Hickory Hill #29**
**Memphis, TN 38115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,710.00 |
|---|---|---|---|

**CareOnSite**
**P.O. Box 11389**
**Carson, CA 90749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**Center for Occupational Med**
**Attn: Cathy Hammonds**
**2215 Tobacco Rd**
**Augusta, GA 30906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591.20 |
|---|---|---|---|

**Charter Business**
**PO Box 790261**
**Saint Louis, MO 63179-0261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **8313**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.68 |
|---|---|---|---|

**City of Houston**
**ARA  Alarm Administration**
**P O Box 203887**
**Houston, TX 77216-3887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **City of Houston**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.26 |
|---|---|---|---|

**City of Houston**
**Sign Administration**
**Post Office Box 2688**
**Houston, TX 77252-2688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7793**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clifford K. Nkeyasen, PLLC**
**4310 N. Central Expwy., #103**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **FC Background, LLC d/b/a FC Construction Services**      Case number (if known) __19-32037-sgj-11__
Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,896.60 |
|---|---|---|---|

3.53
Nonpriority creditor's name and mailing address
CNA Insurance
PO BOX 790094
ST.Louis, MO 63179-0094

Date(s) debt was incurred _
Last 4 digits of account number __7463__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

$6,896.60

---

3.54
Nonpriority creditor's name and mailing address
Collabrian Design & Technology
5713 Mccall
Plano, TX 75093

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$16,535.19

---

3.55
Nonpriority creditor's name and mailing address
Comcast
PO Box 71211
Charlotte, NC 28272-1211

Date(s) debt was incurred _
Last 4 digits of account number __8129__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

$608.06

---

3.56
Nonpriority creditor's name and mailing address
Comcast
PO BOX 660618
Dallas, TX 75266-0618

Date(s) debt was incurred _
Last 4 digits of account number __0191__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

$174.31

---

3.57
Nonpriority creditor's name and mailing address
Complete Health Chiropractic & Rehab
Attn: Dr. Adam Virgilio
2085 Hamilton Creek Pkwy Ste. 160
Dacula, GA 30019-5402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

3.58
Nonpriority creditor's name and mailing address
Concentra
PO Box 3700
Rancho Cucamonga, CA 91729

Date(s) debt was incurred _
Last 4 digits of account number __N02C__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,876.00

---

3.59
Nonpriority creditor's name and mailing address
Concentra
PO Box 75410
Oklahoma City, OK 73147

Date(s) debt was incurred _
Last 4 digits of account number __T03C__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,497.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$3,024.00** |
| | **Concerta - Arbutus** | ☐ Contingent |
| | **Kimberly Nelson-Wright** | ☐ Unliquidated |
| | **1419 Knecht Avenue** | ☐ Disputed |
| | **Baltimore, MD 21227** | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number __L02C__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$29,820.00** |
| | **Concerta Medical Center** | ☐ Contingent |
| | **Attn:M Sherri Melton** | ☐ Unliquidated |
| | **P.O. Box 82730** | ☐ Disputed |
| | **Hapeville, GA 30354-0549** | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number __5857__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$33,620.00** |
| | **Concerta Medical Centers** | ☐ Contingent |
| | **46440 Benedict Dr., #108** | ☐ Unliquidated |
| | **Sterling, VA 20164** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$420.00** |
| | **Construction Owners of America** | ☐ Contingent |
| | **5000 Austell Powder Springs Rd., #217** | ☐ Unliquidated |
| | **Austell, GA 30106-2347** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$5,900.00** |
| | **Construction Users Roundtable** | ☐ Contingent |
| | **4100 Executive Park Dr., #210** | ☐ Unliquidated |
| | **Cincinnati, OH 45241** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$1,950.00** |
| | **Controlled Wellness, LLC** | ☐ Contingent |
| | **Any Lab Test Now** | ☐ Unliquidated |
| | **8650 Spicewood Springs Rd #145-584** | ☐ Disputed |
| | **Austin, TX 78759** | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$2,984.17** |
| | **CPZ Northway, LLC** | ☐ Contingent |
| | **Attn: Paula Hohl** | ☐ Unliquidated |
| | **P.O. BOX 713816** | ☐ Disputed |
| | **Cincinnati, OH 45271-3816** | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | FC Background, LLC d/b/a FC Construction Services | Case number (if known) | 19-32037-sgj-11 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Crestwood Physcian Services, LLC**
**Crestwood Workers Care Madison**
**7736 Madison Blvd**
**Hunstville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,936.00** |
|---|---|---|---|

**Crime Finders, Inc**
**710 S. Victory Blvd., #205**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __081__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,793.82** |
|---|---|---|---|

**CSC Credit Services**
**Attn: Mgr. Terry or Gary**
**P.O. Box 71221**
**Charlotte, NC 28272-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __5672__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|

**D & A On Site Testing, Inc.**
**401 Shiloh Dr. Ste. #18**
**Laredo, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.50** |
|---|---|---|---|

**D.B. Dews & Associates**
**Attn: Florence M. Dews**
**12513 Laws Road A**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$601.00** |
|---|---|---|---|

**Data-Search of Arkansas**
**PO Box 21042**
**Little Rock, AR 72221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,539.88** |
|---|---|---|---|

**Dell Financial Services**
**P.O. Box 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __7579__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **FC Background, LLC d/b/a FC Construction Services**  Case number (if known)  **19-32037-sgj-11**
Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1001** | **As of the petition filing date, the claim is:** Check all that apply.  **$1,354.36**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 81577**<br>**Austin, TX 78708-1577**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7012** | **As of the petition filing date, the claim is:** Check all that apply.  **$43.22**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7016** | **As of the petition filing date, the claim is:** Check all that apply.  **$55.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7021** | **As of the petition filing date, the claim is:** Check all that apply.  **$149.34**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7024** | **As of the petition filing date, the claim is:** Check all that apply.  **$76.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7025** | **As of the petition filing date, the claim is:** Check all that apply.  **$301.34**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7028** | **As of the petition filing date, the claim is:** Check all that apply.  **$57.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.91 |
|---|---|---|---|

**Dell Financial Services**
P.O. Box 5292
Carol Stream, IL 60197-5292

Date(s) debt was incurred _

Last 4 digits of account number **7029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.86 |
|---|---|---|---|

**Dell Financial Services**
P.O. Box 5292
Carol Stream, IL 60197-5292

Date(s) debt was incurred _

Last 4 digits of account number **7037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,650.00 |
|---|---|---|---|

**Deluxe Branded Marketing**
PO Box 645633
Cincinnati, OH 45264-5633

Date(s) debt was incurred _

Last 4 digits of account number **FCBGDAL**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.00 |
|---|---|---|---|

**Doctors Med Care of Jacksonville PC**
1505 Pelham Rd., #2
Jacksonville, AL 36265

Date(s) debt was incurred _

Last 4 digits of account number **K01C**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.06 |
|---|---|---|---|

**Documation Inc**
Customer Service
P.O. Box 911608
Denver, CO 80291-1608

Date(s) debt was incurred _

Last 4 digits of account number **8344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|

**Drug Screen Solutions, Inc.**
220 W. Brandon Blvd. #209
Brandon, FL 33511

Date(s) debt was incurred _

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,767.50 |
|---|---|---|---|

**Dunn Sheehan LLP**
3400 Carlisle St., #200
Dallas, TX 75204

Date(s) debt was incurred _

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Legal representation**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **FC Background, LLC d/b/a FC Construction Services**  Case number (if known) **19-32037-sgj-11**
Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,873.35 |
|---|---|---|---|

**DWA Logistics, LLC**
**509 Winged Foot Lane**
**Garland, TX 75044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,660.00 |
|---|---|---|---|

**E&J Medical Services, Inc**
**522 S. Shaffer Street**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **N01C**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.00 |
|---|---|---|---|

**Ekeholm and Associates LLC**
**PO Box 221**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,227.56 |
|---|---|---|---|

**Enghouse Interactive**
**Dept. CH 17123**
**Palatine, IL 60055-7123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0TLX**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,116.12 |
|---|---|---|---|

**eScreen, Inc.**
**Attn:Tucker Hogue**
**8140 Ward Parkway**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4658**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,752.00 |
|---|---|---|---|

**Eurova Ventures LLC dba ARCPoint Labs of**
**Washington, DC**
**4910 Massachusetts Ave NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **S05C**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,560.02 |
|---|---|---|---|

**Express Services, Inc.**
**P.O Box 203901**
**Dallas, TX 75320-3901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0094**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **FC Background, LLC d/b/a FC Construction Services**    Case number (if known)    **19-32037-sgj-11**
Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,755.07 |
|---|---|---|---|

**Federal Express**
**P O Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3945**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,163.00 |
|---|---|---|---|

**First Choice Research Screening**
**Attn: Joy Penn**
**6365 Taft St - Suite 2000**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.62 |
|---|---|---|---|

**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2384**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,985.25 |
|---|---|---|---|

**GAPRS, LLC**
**3200 W. Pleaseant Run Rd., #420**
**Lancaster, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3647**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.00 |
|---|---|---|---|

**Gateway Urgent Care**
**1006 W. LaPalma Avenue**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,875.00 |
|---|---|---|---|

**Golden West Medical Center**
**1000 S Anaheim Blvd**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **H01M**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.00 |
|---|---|---|---|

**Government Management Services Inc**
**1001 N. Fairfax St., #640**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **X001**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,788.00** |
|---|---|---|---|

**GTR Source, LLC**
Email: funding@gtrsourcellc.com

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$410.57** |
|---|---|---|---|

**Hart Software Inc.**
**Attn: Kim Gardner**
**708 Centre Ave.**
**Reading, PA 19601-2508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.00** |
|---|---|---|---|

**Helm & Associates Inc**
**Attn: Dr. Kurt Helm**
**P O Box 2822**
**Rowlett, TX 75030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$384.64** |
|---|---|---|---|

**Hightech Signs DFW**
**1878 W Mockingbird Ln**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4873__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Holden & Montejano**
**Attn: Steven Shattuck**
**1717 Main St., #5800**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,117.50** |
|---|---|---|---|

**ID Zone South**
**5830 NW 163rd Street**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181.21** |
|---|---|---|---|

**IDOCKET.COM**
**P.O Box 31023**
**Amarillo, TX 79120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **FC Background, LLC d/b/a FC Construction Services**  Case number (if known) **19-32037-sgj-11**
      Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.50 |
|---|---|---|---|

**IDValidation**
**Computer Information Development**
**713 W. Duarte Rd #106**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Imageware Systems, Inc.**
**Attn: David Lotze**
**13500 Evening Creek Dr, N, #550**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,094.98 |
|---|---|---|---|

**Imperial Airport**
**P.O Box 2456**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,873.50 |
|---|---|---|---|

**Influx Capital LLC**
**32 Court St., #205**
**Brooklyn, NY 11201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,760.00 |
|---|---|---|---|

**Initiafy**
**300 Park Avenue**
**New York, NY 10022**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Innovative Enterprises, Inc**
**P.O Box 12226**
**Newport News, VA 23612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __1499__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.30 |
|---|---|---|---|

**Irving ISD Tax Office**
**P O Box 152021**
**Irving, TX 75015-2021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __0000__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,468.50 |
|---|---|---|---|

**John R. Ames**
**Tax Assessor-Collector**
P.O. Box 139066
Dallas, TX 75313-9066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,662.09 |
|---|---|---|---|

**Kalamata Capital Group**
80 Broad St., 12th Fl.
New York, NY 10004

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,281.49 |
|---|---|---|---|

**KenMor Electric Company**
**8330 Hansen Road**
Houston, TX 77075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,379.16 |
|---|---|---|---|

**Lan Smith Sosolik**
**12221 Merit Dr., #825**
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal representation__

Last 4 digits of account number __0001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.00 |
|---|---|---|---|

**Lands End Business Outfitters**
**1 Lands End Ln**
Dodgeville, WI 53595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __3975__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,251.06 |
|---|---|---|---|

**Liberty Mutual Insurance**
PO Box 85834
San Diego, CA 92186-5834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Low Country Drug Screening**
PO Box 63065
North Charleston, SC 29419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __R01C__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**LS Screening LLC**
**PO Box 2051**
**Leander, TX 78646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,578.05 |
|---|---|---|---|

**Maron Marvel Bradley Anderson & Tardy LL**
**Attn:Accounts Receivable**
**1201 North Market Street Suite 900**
**Wilmington, DE 19899-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.01 |
|---|---|---|---|

**Marshall, Dennehey, Warner, Coleman & Go**
**2000 Market Street**
**Cash Receipts Department 22nd Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal representation__

Last 4 digits of account number __0101__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,180.00 |
|---|---|---|---|

**MD Now Medical Centers, Inc**
**2007 Palm Beach Lakes Blvd**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,922.91 |
|---|---|---|---|

**MetLife**
**Customer Service**
**PO Box 804466**
**Kansas City, MO 64180-4466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __5837__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.25 |
|---|---|---|---|

**Morning Star Services Inc**
**231 E. Alessandro Blvd., #A 700**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.20 |
|---|---|---|---|

**NAP Supplies**
**PO Box 365**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,575.00** |
|---|---|---|---|

**National Student Clearinghouse**
**Non-Profit Org**
P O Box 826576
Philadelphia, PA 19182-6576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$836.55** |
|---|---|---|---|

**Naylor Publications, Inc.**
PO Box 677251
Dallas, TX 75267-7251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.57** |
|---|---|---|---|

**Nestle Pure Life Direct**
P.O. Box 856680
Louisville, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148,530.66** |
|---|---|---|---|

**Nexscreen LLC**
P.O. Box 17205
Denver, CO 80217-0205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$495.00** |
|---|---|---|---|

**Nextronix Integration**
2170 Paragon Dr
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,025.50** |
|---|---|---|---|

**Nicole Milovich Inquiries, Inc.**
9700 West 131st, 2nd Flr
Palos Park, IL 60464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,590.00** |
|---|---|---|---|

**Northside Medical Services**
4121 Minnesota Ave. NE
Washington, DC 20019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,027.84** |
|---|---|---|---|

**Northside Realty Partners, LTD**
**Attn: Rick Motycka**
**P.O Box 2492**
**Midland, TX 79702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **26FC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$376.90** |
|---|---|---|---|

**NYSIF Disability Benefits**
**PO Box 5239**
**New York, NY 10008-5239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$624.00** |
|---|---|---|---|

**O.M. Management, Inc.**
**4483 N.W 36 St., #120**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **A01C**

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,338.49** |
|---|---|---|---|

**Office of the Attorney General**
**TX Child Support SDU**
**Attn: Sandra Lindsey**
**P O Box 659791**
**San Antonio, TX 78265-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0991**

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,558.21** |
|---|---|---|---|

**Office Team**
**12400 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0991**

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,547.10** |
|---|---|---|---|

**OMNI Data Retrieval Inc**
**Attn: Tom Terry**
**20890 Kenbridge Ct**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **4250**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191,536.36** |
|---|---|---|---|

**OnDeck Capital**
**Attn: Director of Operations**
**901 N. Stuart St., #700**
**Arlington, VA 22203**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.66** |
| | **Ozarka Spring Water Co**<br>**P O Box 856680**<br>**Louisville, KY 40285-6680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.66** |
| | **Ozarka Spring Water Co**<br>**P O Box 856680**<br>**Louisville, KY 40285-6680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **9400** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.59** |
| | **Ozarka Spring Water Co**<br>**P.O Box 856680**<br>**Louisville, KY 40285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **7757** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.48** |
| | **Ozarka Spring Water Co**<br>**P O Box 856680**<br>**Louisville, KY 40285-6680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **6654** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.44** |
| | **Ozarka Spring Water Co**<br>**P O Box 856680**<br>**Louisville, KY 40285-6680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **7617** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.80** |
| | **Ozarka Spring Water Co**<br>**P O Box 856680**<br>**Louisville, KY 40285-6680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **7708** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.70** |
| | **Pacer Service Center**<br>**PO Box 70951**<br>**Charlotte, NC 28272-0951** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **0450** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,543.30** |
|---|---|---|---|
| | Paladin Consulting, Inc<br>PO Box 840912<br>Dallas, TX 75284-0912 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  **Alberto Garcia** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|
| | Peachtree Immediate Care FP,LLC<br>209 Cooley Dr., #101<br>Villa Rica, GA 30180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  **L01C** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|
| | Performance Health Medical Group, Inc<br>25431 Cabot Rd., #118<br>Laguna Hills, CA 92653 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  **L01C** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$536.19** |
|---|---|---|---|
| | Pitney Bowes Global Financial Svcs LLC<br>P O Box 371887<br>Pittsburgh, PA 15250-7887 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  **9248** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,741.56** |
|---|---|---|---|
| | Pollock Realty LP<br>Attn: Daniel Segreto<br>P.O Box 840251<br>Dallas, TX 75284-0251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,366.00** |
|---|---|---|---|
| | Port of Miami Medical Clinic<br>Attn: Niel Potash<br>1015 North America Way, Ste 150<br>Miami, FL 33132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | PrimeCare Urgent Care Centers<br>Attn: Lisa Lehman<br>1890 LPGA Blvd, Ste 130<br>Daytona Beach, FL 32117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
|---|---|---|---|

**Proactive Work Health**
**P.O. Box 17130**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **R01C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995.00** |
|---|---|---|---|

**Procore Technologies, Inc.**
**Attn: Procore Accounts Receivable**
**6309 Carpinteria Ave**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,385.00** |
|---|---|---|---|

**Prompt Chemical Screening**
**PO Box 1219**
**Mableton, GA 30126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **R01C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,315.00** |
|---|---|---|---|

**PT Research, Inc.**
**PO Box 4540**
**Manchester, NH 03108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,042.60** |
|---|---|---|---|

**Purchase Power / Pitney Bowes**
**P O Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,839.18** |
|---|---|---|---|

**Qualys, Inc**
**PO Box 205858**
**Dallas, TX 75320-5858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3861**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.00** |
|---|---|---|---|

**Radhika Inc, dba Tri-State Medical Lab**
**Attn: Dinesh Goyal**
**2754 Veach Road**
**Owensboro, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,652.45** |
|---|---|---|---|

**Rapid Court.com**
**Billing Inquiries**
**9710 Northcross Center Ct., #105**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **89LM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.02** |
|---|---|---|---|

**ReadyRefresh by Nestle**
**P.O Box 856680**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7907**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,190.47** |
|---|---|---|---|

**ReadyTalk**
**P.O Box 975375**
**Dallas, TX 75397-5375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **7933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,219.51** |
|---|---|---|---|

**Reed Business Information Inc**
**28428 Network Place**
**Chicago, IL 60673-1284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**ReliaLab Test Inc**
**3656 Trousdale Dr., #109**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **H03C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,490.00** |
|---|---|---|---|

**Reliant Immediate Care Medical Group**
**9601 S. Sepulveda Blvd.**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,373.62** |
|---|---|---|---|

**Renaissance**
**225 South East St., #360**
**Indianapolis, IN 46202-4061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | 19-32037-sgj-11 |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.90 |
|---|---|---|---|

**Richard N. Best Associates Inc.**
**15 Trail Rd**
**Levittown, PA 19056**

Date(s) debt was incurred _

Last 4 digits of account number  **BACK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.00 |
|---|---|---|---|

**Roll Up Doors Direct**
**7064 Sampey Rd., Unit 5**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.77 |
|---|---|---|---|

**Ron Wright, Tax Assessor**
**PO Box 961018**
**Fort Worth, TX 76161**

Date(s) debt was incurred _

Last 4 digits of account number  **6798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.00 |
|---|---|---|---|

**Rutherfordton Occupation Medicine**
**212 Allendale Drive**
**Forest City, NC 28043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,188.42 |
|---|---|---|---|

**Ruzow & Associates, Inc.**
**900 Third Avenue,17th Fl**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,194.06 |
|---|---|---|---|

**S & K Plumbing of Fort Worth, Inc**
**3912 Broadway Ave.**
**Haltom City, TX 76117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,874.00 |
|---|---|---|---|

**S.J. Labs LLC**
**6900 N. May Ave., #2C**
**Oklahoma City, OK 73116**

Date(s) debt was incurred _

Last 4 digits of account number  **T05C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$513.11** |
|---|---|---|---|

**SBB Marketing Company**
401 Hwy 80 E
Mesquite, TX 75150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,947.48** |
|---|---|---|---|

**Schneider National Inc.**
PO Box 841831
Dallas, TX 75284-1831

Date(s) debt was incurred _

Last 4 digits of account number  **5808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$376.71** |
|---|---|---|---|

**Securadyne Systems**
14900 Landmark Blvd., #350
Dallas, TX 75254

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,960.00** |
|---|---|---|---|

**Secure Health Partners, LLC**
469 S. Cherry St., #101
Denver, CO 80246

Date(s) debt was incurred _

Last 4 digits of account number  **V01M**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$706.56** |
|---|---|---|---|

**SecurityWorks, Inc**
P.O Box 365065
Boston, MA 02136-0002

Date(s) debt was incurred _

Last 4 digits of account number  **FCCON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,490.27** |
|---|---|---|---|

**Service Works, Inc**
95 Megill Road
Farmingdale, NJ 07727

Date(s) debt was incurred _

Last 4 digits of account number  **1242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,639.80** |
|---|---|---|---|

**Shather & Associates**
3950 NW 167 St
Opa Locka, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,783.99 |
|---|---|---|---|

**Sir Speedy Printing**
**2001 Midway Rd., #128**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Slagles Inc. dba ARCpoint Labs of Easter**
**ARCpoint Labs of Eastern Carolina**
**2315 B Executive Circle**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,518.00 |
|---|---|---|---|

**Smart Care - Athens**
**4400 Peachtree Rd. NE**
**Atlanta, GA 00030-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |
|---|---|---|---|

**Smart Care - Lawrenceville**
**4400 Peachtree Rd. NE**
**Atlanta, GA 00030-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **W01C**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $882.00 |
|---|---|---|---|

**Smart Care - Roswell**
**4400 Peachtree Rd. NE**
**Atlanta, GA 00030-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,675.00 |
|---|---|---|---|

**SmartCare Urgent Care Of Atlanta**
**450 Fourteenth St NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $522.00 |
|---|---|---|---|

**South Forsyth Chiropractic**
**Attn: Dr. Kurt Meininger**
**5670 Atlanta Hwy, Suite C-1**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00**

**Southern California Medical Group**
**Attn: David Silva**
**3320 South Hill Street**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.60**

**Spectrum a/k/a Charter Communications**
**P.O. Box 790261**
**Saint Louis, MO 63179-0261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,339.34**

**Spectrum Business**
**P.O. Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number **3170**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.49**

**Spectrum Business**
**P.O. Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number **5080**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$978.16**

**Spectrum Business**
**P.O. Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number **1860**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009.80**

**Spectrum Business**
**P.O. Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number **6020**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.48**

**Spencer Air Conditioning & Heating**
**3006 Skyway Circle South**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spencer Fane LLP**
**Attn: Jacob W. Sparks**
**5700 Granite Pkwy., #650**
**Plano, TX 75024-6812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,649.29 |
|---|---|---|---|

**Staples Business Advantage**
**DEPT DAL**
**P.O. Box 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __3886__

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,303.05 |
|---|---|---|---|

**Staples Contract & Contract LLC**
**PO Box 95230**
**Chicago, IL 60694-5230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __4479__

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.71 |
|---|---|---|---|

**StraightLine International**
**PMB 1007 Box 10001**
**Saipan, MP 96950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __1459__

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.00 |
|---|---|---|---|

**Superior Drug Testing**
**8600 La Salle Rd. York Building STE. 515**
**Towson, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.65 |
|---|---|---|---|

**TALX Corporation**
**4076 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __3446__

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,066.10 |
|---|---|---|---|

**TeamSupport LLC**
**8330 Lyndon B Johnson Fwy., #1100**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.93**

**Texas Department of Public Safety**
Attn: Rochelle Gutierrez
P.O Box 15999
Austin, TX 78761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00**

**TEXO**
Attn: Tony Troxclair
11101 N.Stemmons Frwy
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,160.00**

**The Clinix Multispecialty Care**
8500 Annapolis Rd., #100
New Carrollton, MD 20784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,509.70**

**The Fulcrum Group**
Attn: David Johnson
5751 Kroger Dr., #279
Keller, TX 76244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,690.00**

**The MiniER - Waterford Lakes**
12301 Lake Underhill Rd., #118
Orlando, FL 32828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **L03C**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Thompson, Coe, Couseins & Irons, LLP**
Attn: Cyrus W. Haralson
One Riverway, #1400
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$314.38**

**Time Warner Cable**
PO Box 60074
City of Industry, CA 91716-0074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1864**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,455.50**

**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3179**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.64**

**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6021**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.33**

**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5085**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.93**

**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6021**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,239.82**

**Trusted Tech Team**
**2192 Martin St., #120**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,438.75**

**TSGI, Inc.**
**1306 W. Anderson Lan, Suite C**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.80**

**TXU Energy**
**Customer Service**
**PO Box 650638**
**Dallas, TX 75265-0638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2484**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.66** |
|---|---|---|---|

**UBEO of North Texas, Inc**
PO Box 791070
San Antonio, TX 78279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __FB41__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,528.41** |
|---|---|---|---|

**Ultimate Staffing Services**
P.O Box 60003
Anaheim, CA 92812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,400.29** |
|---|---|---|---|

**United Healthcare Insurance Company**
Dept CH 10151
Palatine, IL 60055-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3857__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,370.00** |
|---|---|---|---|

**Urgent Care Enterprise, LLC**
Attn: Adam Gordon
P.O. Box 742606
Atlanta, GA 30374-2606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9179__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00** |
|---|---|---|---|

**Urgent Care Enterprise, LLC**
P.O. Box 742606
Atlanta, GA 30374-2606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Urgent Care Enterprise, LLC**
P.O. Box 742606
Atlanta, GA 30374-2606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|

**Urgent Care Express LLC**
American Family Care
6182 Gunn Hwy
Tampa, FL 33625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FC Background, LLC d/b/a FC Construction Services** | Case number (if known) | **19-32037-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,511.10** |
|---|---|---|---|

**Venture Research Inc.**
**Attn: John Baker**
**3001 Summit Ave., #100**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,585.26** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** __0001__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,691.10** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** __0001__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**West Georgia Health Physicians, INC**
**PO BOX 1881**
**Columbus, GA 31902-1881**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,100.00** |
|---|---|---|---|

**Witmer Group**
**PO Box 795603**
**Dallas, TX 75379-5603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Workforce Essentials, Inc**
**523 Madison Street, STE A**
**Clarksville, TN 37040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,352.00** |
|---|---|---|---|

**Worknet Occupational Medicine**
**Henderson Med Bldg**
**PO Box 82784**
**Philadelphia, PA 19182-7842**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **FC Background, LLC d/b/a FC Construction Services**
Name                                                            Case number (if known)    **19-32037-sgj-11**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    145,732.79 |
| **5b. Total claims from Part 2** | 5b.  + | $                  2,588,561.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                  2,734,294.10 |

**Fill in this information to identify the case:**

Debtor name    **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **19-32037-sgj-11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest      **Merchant Agreement** | |
| State the term remaining | **BizFund, LLC** |
| List the contract number of any government contract | **2373 McDonald Ave., 2nd Fl. Brooklyn, NY 11223** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest      **Equipment Finance Agreement** | |
| State the term remaining | **Bryn Mawr Funding** |
| List the contract number of any government contract | **620 W. Germantown Pike #310 Plymouth Meeting, PA 19462** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest      **Equipment leases** | |
| State the term remaining | **Dell Financial Service Payment Processing** |
| List the contract number of any government contract | **P.O. Box 5292 Carol Stream, IL 60199** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest      **Future Receivables Sale and Purchase Agreement** | |
| State the term remaining | **GTR Source, LLC** |
| List the contract number of any government contract | **Email: funding@gtrsourcellc.com** |

Debtor 1 **FC Background, LLC d/b/a FC Construction Services**
First Name    Middle Name    Last Name

Case number *(if known)* **19-32037-sgj-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Business Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hewlett-Packard Financial Services Compa** |
| | List the contract number of any government contract | | **200 Connell Dr.** **Berkeley Heights, NJ 07922** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **professional services contract** | |
|---|---|---|---|
| | State the term remaining | | **Hitachi Capital America Corp.** |
| | List the contract number of any government contract | | **7808 Creekridge Cir., #250** **Minneapolis, MN 55439** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Transaction Finance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **IBM Credit LLC** |
| | List the contract number of any government contract | | **7100 Highlands Pkwy.** **Smyrna, GA 30080** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Imperial Airport, LP** |
| | List the contract number of any government contract | | **14114 N. Dallas Pkwy., #390** **Dallas, TX 75254** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Secured Merchant Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Influx Capital LLC** |
| | List the contract number of any government contract | | **32 Court St., #205** **Brooklyn, NY 11201** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kalamata Capital Group** |
| | List the contract number of any | | **80 Broad St., 12th Fl.** **New York, NY 10004** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **FC Background, LLC d/b/a FC Construction Services**

First Name      Middle Name      Last Name

Case number *(if known)*    **19-32037-sgj-11**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **McNeff Group** |
| | List the contract number of any government contract | | **1701 Analog Dr.** <br> **Richardson, TX 75081** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Futures Receivables Agreement | |
|---|---|---|---|
| | State the term remaining | | **ML Factors Funding Limited Liability** |
| | List the contract number of any government contract | | **456A Central Ave., #128** <br> **Cedarhurst, NY 11516** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **Northside Realty Partners, Ltd.** <br> **Midway Real Estate, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 2492** <br> **Midland, TX 79702** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Loan Agreement | |
|---|---|---|---|
| | State the term remaining | | **OnDeck Capital** <br> **Attn: Director of Operations** |
| | List the contract number of any government contract | | **901 N. Stuart St., #700** <br> **Arlington, VA 22203** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **Peloton Real Estate Partners** |
| | List the contract number of any government contract | | **8350 N. Central Expwy., #105** <br> **Dallas, TX 75206** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | | | **Robert Lynn** <br> **4851 LBJ Frwy., 10th Fl.** <br> **Dallas, TX 75244** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | FC Background, LLC d/b/a FC Construction Services | | Case number (*if known*) | 19-32037-sgj-11 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract _____

Shather & Associates, Inc.
PRS A&B LLC
3950 NW 167th St.
Miami, FL 33054

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Finance Agreement**

State the term remaining

List the contract number of any government contract _____

Technology Finance Corporation
7077 E. Marilyn Rd., #125
Scottsdale, AZ 85254

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract _____

Wulfe Management Services
1800 Post Oak Blvd., #400
Houston, TX 77056

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FC Background, LLC d/b/a FC Construction Services**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-32037-sgj-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Ira D. Walker** | **8350 N. Central Expressway, Suite 300 Dallas, TX 75206** | **ML Factors** | ☑ D ___**2.17**___ ☐ E/F _____ ☐ G _____ |
| 2.2  **Ira D. Walker** | **8350 N. Central Expressway, Suite 300 Dallas, TX 75206** | **Gulf Coast Bank and Trust Company, N.A.** | ☑ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.3  **Mark Hinton** | **8350 N. Central Expressway, Suite 300 Dallas, TX 75206** | **Gulf Coast Bank and Trust Company, N.A.** | ☑ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.4  **Mark Hughes** | **8350 N. Central Expressway, Suite 300 Dallas, TX 75206** | **Gulf Coast Bank and Trust Company, N.A.** | ☑ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy