Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **FC Background, LLC d/b/a FC Construction Services** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **19-32037-sgj-11** |

■ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **eScreen, Inc. Attn:Tucker Hogue 8140 Ward Parkway Kansas City, MO 64114** | | **Trade debt** | | | | $280,116.12 |
| **OnDeck Capital Attn: Director of Operations 901 N. Stuart St., #700 Arlington, VA 22203** | | | **Unliquidated Disputed** | | | $191,536.36 |
| **Venture Research Inc. Attn: John Baker 3001 Summit Ave., #100 Plano, TX 75074** | | **Trade debt** | | | | $188,511.10 |
| **IBM Credit 7100 Highland Pkwy. Smyrna, GA 30082** | | **Equipment described in applicable loan or lease agreements.** | **Unliquidated Disputed** | $301,816.00 | $144,000.00 | $157,816.00 |
| **Nexscreen LLC P.O Box 17205 Denver, CO 80217-0205** | | **Trade debt** | | | | $148,530.66 |
| **Influx Capital LLC 32 Court St., #205 Brooklyn, NY 11201** | | | **Unliquidated Disputed** | | | $147,873.50 |
| **DWA Logistics, LLC 509 Winged Foot Lane Garland, TX 75044** | | **Trade debt** | | | | $129,873.35 |
| **Technology Finance 7077 E. Marily Rd., Bldg 3, #125 Scottsdale, AZ 85254** | | **Equipment described in applicable loan or lease agreements.** | | $144,625.00 | $36,000.00 | $108,625.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | FC Background, LLC d/b/a FC Construction Services | Case number *(if known)* | 19-32037-sgj-11 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GTR Source, LLC Email: funding@gtrsourcellc.com | | | Unliquidated Disputed | | | $106,788.00 |
| United Healthcare Insurance Company Dept CH 10151 Palatine, IL 60055-0151 | | Trade debt | | | | $100,400.29 |
| Hitachi Capital America 7808 Creekridge Cir., #250 Minneapolis, MN 55439 | | Equipment described in applicable loan or lease agreements. | Unliquidated Disputed | $137,633.00 | $40,000.00 | $97,633.00 |
| Alvarado Mfg. Co., Inc. Attn: N. Simon 12660 Colony St. Chino, CA 91710 | | | | | | $82,961.16 |
| Bryn Mawr 620 W. Germantown Pike, #310 Plymouth Meeting, PA 19462 | | Trade debt | | | | $81,502.00 |
| Technology Finance 7077 E. Marily Rd., Bldg 3, #125 Scottsdale, AZ 85254 | | Equipment described in applicable loan or lease agreements. | | $105,228.00 | $36,000.00 | $69,228.00 |
| Office Team 12400 Collections Center Drive Chicago, IL 60693 | | Trade debt | | | | $65,558.21 |
| Technology Finance 7077 E. Marily Rd., Bldg 3, #125 Scottsdale, AZ 85254 | | Equipment described in applicable loan or lease agreements. | | $95,400.00 | $36,000.00 | $59,400.00 |
| Schneider National Inc. PO Box 841831 Dallas, TX 75284-1831 | | Trade debt | | | | $57,947.48 |
| Deluxe Branded Marketing PO Box 645633 Cincinnati, OH 45264-5633 | | Trade debt | | | | $55,650.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __FC Background, LLC d/b/a FC Construction Services_____     Case number *(if known)*  __19-32037-sgj-11__
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Technology Finance 7077 E. Marily Rd., Bldg 3, #125 Scottsdale, AZ 85254** | | **Equipment described in applicable loan or lease agreements.** | | **$84,208.00** | **$36,000.00** | **$48,208.00** |
| **Verizon Wireless PO Box 660108 Dallas, TX 75266-0108** | | **Utilities** | | | | $37,691.10 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy